UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINDER SCIENCE, LLC; THOMAS WENTZLER

Plaintiff(s)

- v -

**RULE 7.1 STATEMENT**

HIG ASSOCIATES LLC;
YITZCHOK GANTZ, a/k/a ISAAC GANTZ

Defendant(s)

~~Case Number~~

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

BINDER SCIENCE LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Binder Science, LLC does not have any corporate affiliates, subsidiaries, or parent companies. Nor does a publicly held corporation own 10% or more of Binder Science LLC's stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Plaintiff, Binder Science, LLC, is a corporation duly organized under the laws of Texas, with its principal place of business at 7279 Kingston Cove Lane, Willis, Texas 77318. It is solely owned by Thomas Wentzler.

Plaintiff, Thomas Wentzler, is an individual resident and citizen of Texas. He resides at 28 Autumn Crescent, The Woodlands, Texas 77381.

Defendant, HIG Associates, LLC, is a limited liability company organized and existing under the laws of the state of Florida. Its sole owner is Yitzchok Gantz, a/k/a Isaac Gantz.

Defendant Yitzchok Gantz a/k/a Isaac Gantz is a citizen and resident of Far Rockaway, New York. He resides at 1230 Norton Drive, Far Rockaway, New York 11691.

8/29/25

Date

Shane R. Heskin

Signature of Attorney

3044435

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332 (a).