UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINDER SCIENCE LLC; THOMAS WENTZLER<br><br>Plaintiff,<br><br>-v-<br><br>HIG ASSOCIATES LLC; YITZCHOK GANTZ, a/k/a ISAAC GANTZ,<br><br>Defendants. | Civ. A. No.: 1:25-CV-04783-NGG-VMS |

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM**

Plaintiffs, BINDER SCIENCE LLC and THOMAS WENTZLER ("Plaintiffs"), by and through their attorneys Heskin & Proper, PLLC, hereby file this Answer to the Counterclaim ("Counterclaim") filed by Defendants, HIG ASSOCIATES LLC and YITZCHOK GANTZ, a/k/a ISAAC GANTZ, dated February 12, 2026 [Doc 20], and state as follows:

**GENERAL DENIAL**

1. Plaintiffs deny each and every allegation contained in the Counterclaim except as expressly admitted herein.

2. Plaintiffs deny that Defendants are entitled to any relief whatsoever

**FIRST COUNTERCLAIM – DEFAMATION PER SE**

3. Plaintiffs deny the allegation contained in the First Counterclaim. Plaintiffs deny that any statements contained in the Complaint were false. Plaintiffs state that all allegations in the Complaint were made in good faith and after reasonable inquiry. Plaintiffs further state that the allegations contained in the Complaint are protected by the absolute litigation privilege applicable to statements made in judicial proceedings Plaintiffs deny that any alleged statement was made

with malice or that Defendants suffered any reputational harm as a result of the filing of this lawsuit.

**SECOND COUNTERCLAIM – TRADE LIBEL / INJURIOUS FALSEHOOD**

4. Plaintiffs deny the allegation contained in the Second Counterclaim. Plaintiffs deny that any actionable false statements were published. Plaintiffs state that any alleged statements are protected by judicial privilege and constitute non-actionable statements made in the course of litigation. Plaintiffs deny that any statement was made with malice or reckless disregard for truth.

**THIRD COUNTERCLAIM – ABUSE OF PROCESS**

5. Plaintiffs deny the allegation contained in the Third Counterclaim. Plaintiffs deny that this action was commenced for any improper purpose. Plaintiffs state that this lawsuit was filed to seek recovery of funds allegedly paid under a consulting agreement for services that Plaintiffs allege were not performed. Plaintiffs deny using legal process for any collateral objective outside the legitimate scope of litigation. Plaintiffs deny that Defendants have suffered any damages as a result of the filing of this action.

**FOURTH COUNTERCLAIM – ATTORNEYS' FEES**

6. Plaintiffs deny the allegation contained in the Fourth Counterclaim. Plaintiffs deny that this action was filed in bad faith. Plaintiffs deny that Defendants are entitled to attorneys' fees under the Court's inherent authority or 28 U.S.C. § 1927.

**AFFIRMATIVE DEFENSES TO COUNTERCLAIM**

**FIRST AFFIRMATIVE DEFENSE – Failure to State a Claim**

The Counterclaim fails to state claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE – Absolute Litigation Privilege**

The alleged statements forming the basis of the defamation and trade libel claims were made in a judicial pleading and are absolutely privileged under New York law.

**THIRD AFFIRMATIVE DEFENSE – Failure to Plead Special Damages**

The trade libel claim fails for lack of particularized pleading of special damages.

**FOURTH AFFIRMATIVE DEFENSE – No Improper Use of Process**

Defendants have not alleged misuse of process after issuance and therefore the abuse of process claim fails.

**FIFTH AFFIRMATIVE DEFENSE – Good Faith**

Plaintiffs filed this action in good faith based upon reasonable inquiry.

**SIXTH AFFIRMATIVE DEFENSE – Reservation of Rights**

Plaintiffs reserve the right to assert any defenses and/or supplement and amend this Answer upon discovery of more definite facts.

**WHEREFORE**, Plaintiffs demand judgment in their favor against Defendants as follows:

a. The Defendants' Counterclaim be dismissed in its entirety with prejudice;

b. That Plaintiffs be awarded their costs of litigation;

c. That Plaintiffs be awarded attorneys' fees to the extent permitted by law;

d. That Plaintiffs be awarded such other and further relief as this Court deems just and proper, including but not limited to all of Plaintiffs' recoverable costs and expenses and prejudgment interest.

Dated: March 4, 2026

**HESKIN & PROPER, PLLC**

By: [signature]

Shane R. Heskin
641 Lexington Avenue, 14th Floor
New York, N.Y. 10022
Email: shane@heskinproper.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing **Plaintiffs' Answer to Defendants' Counterclaim** with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I further certify that the CM/ECF system will send notification of such filing to all counsel of record who are registered CM/ECF users.

Dated: March 4, 2026
New York, New York

**HESKIN & PROPER, PLLC**

By: ______________________
Shane R. Heskin



**Error! Unknown document property name.**