Baruch S. Gottesman
Attorney and Counselor at Law

August 19, 2026

**Via ECF**
The Hon. District Judge Nicholas G. Garaufis
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Pre-Motion Conference Request
(Motion by Defendants for Partial Summary Judgment and to Stay Discovery) in
*Binder Science, LLC v. HIG Associates, LLC*, Case No. 1:25-cv-4783-NG (E.D.N.Y.)

District Judge Garaufis:

## I. Introduction

I have the honor to step in as Counsel for the Defendants/Counterclaimants in the matter of *Binder Science, LLC v. HIG Associates, LLC*, Case No. 1:25-cv-4783-NG (E.D.N.Y.). Pursuant to Rule IV(A.)(2.) of Your Honor's Individual Practice Rules, this Letter requests a pre-Motion Conference on the Defendants proposed Motion for Partial Summary Judgment and to Stay Discovery pending the Court's decision on the MSJ. We seek a Judgment dismissing the Complaint and upholding the Sixth Affirmative Defense (Waiver).

## II. Factual and Procedural Background

Plaintiff filed this lawsuit on August 27, 2025, and a Counterclaim was docketed on February 12, 2026. The Plaintiff and newly added Counterclaim Defendant answered the Counterclaim and the pleadings were complete on March 4, 2026.

That same day, prior Counsel to the Defendants moved to be relieved as Counsel which was granted on March 30, 2026. The Undersigned, the incoming Counsel for the Defendants has now appeared and the case is back on track. There are no Motions pending.

## III. A Partial Summary Judgment Dismissing the Complaint (and Upholding the Sixth Affirmative Defense (Waiver) is Ripe and Would Efficiently Resolve the Claims-in-Chief

In reviewing the casefile, it appears that the Plaintiff waived their claims against the Defendants in writing in September 2025. A copy of the Waiver and Release of Claims as provided to me by the Client is annexed as Exhibit A to this Letter. The Access Code and PIN to verify the authenticity of the Waiver can be docketed under seal (and will be sent to Plaintiff's Counsel).

As either a Motion for Partial Summary Judgment under Rule 56, or Motion for Judgment on the Pleadings under Rule 12(e), this causes of action in the Complaint (and the Sixth

Affirmative Defense (Waiver)) can be adjudged in favor of the Defendants without further expenditure of the Court's time and the Parties' expense.

This would narrowly require briefing on the authenticity and legal consequences of the Waiver and Release of Claims.

## IV. Conclusion

For the reasons described above and further arguments to be presented at the conference if scheduled (and briefing if ordered) the Defendants respectfully submit that the Complaint and Sixth Affirmative Defense (Waiver) can be resolved on the narrow issue of the authenticity of the Waiver and Release of Claims. For this reason, Discovery on other issues should be Stayed pending a decision on the Motion for Partial Summary Judgment.

On behalf of my client, we thank the Court for their continuing attention to this case.

RESPECTFULLY SUBMITTED,

Baruch Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
(212) 401-6910
baruchgottesman@gmail.com
*Counsel for Defendants/Counterclaimants*

*Serviced ECF on all Appearing Parties*