# EXHIBIT B

5/29/2026 4:37 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 115521897
By: Nathalie Bityeki
Filed: 5/29/2026 4:37 PM

Pgs-3

DRECX
APREX

**CAUSE NO. 2024-37330**

| | | |
|---|---|---|
| **DRAGON STONE ENERGY, LTD.,** *Plaintiff/Judgment Creditor,* | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **BINDER SCIENCE, LLC and THOMAS HYNAN WENTZLER,** | § | |
| | § | |
| *Defendants/Judgment Debtors.* | § | **269TH JUDICIAL DISTRICT** |

**ORDER SUBSTITUTING RECEIVER**

On this day, the Court considered Plaintiff/Judgment Creditor Dragon Stone Energy, Ltd.'s Motion to Substitute Receiver (the "Motion"). After consideration of the Motion, any response thereto, the Order Appointing Receiver and Order of Reference signed by this Court on June 21, 2024 (the "Receivership Order"), and the papers on file, the Court is of the opinion that the Motion should be, and it is hereby, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that:

1. David A. Fettner of Fettner Thompson is hereby SUBSTITUTED as Receiver in this case in place of Eva Engelhart. Mr. Fettner's contact information is as follows:

David A. Fettner
Fettner Thompson
6700 Sands Point Drive
Houston, Texas 77074
Telephone: (713) 626-7277
Email: daf@fettnerthompson.com

2. David A. Fettner shall have, exercise, and be subject to all of the powers, authority, duties, rights, immunities, terms, and conditions set forth in the Receivership Order, as fully as if originally named therein. All references in the Receivership Order to the "Receiver" shall hereafter refer to David A. Fettner.



Certified Document Number: 127028269 - Page 1 of 3

3. Eva Engelhart is hereby RELEASED and DISCHARGED as Receiver in this matter from all obligations under her bond and under this receivership , subject to her continuing duty to (a) deliver to David A. Fettner all property, documents, records, files, and information of any kind in her possession, custody, or control as Receiver, and (b) provide an accounting to David A. Fettner of all funds, property, and proceeds received and disbursed during her service as Receiver.

4. Before commencing any action under the Receivership Order, David A. Fettner shall (a) post the $100.00 bond required by the Receivership Order, payable to this Court and conditioned upon the faithful discharge of his duties; and (b) take and file the Oath of Office required of receivers under Texas law.

5. All third parties in possession, or constructive possession, of assets, documentation, property, or information regarding Respondents Binder Science, LLC and Thomas Hynan Wentzler are hereby directed to recognize David A. Fettner as the duly substituted Receiver and to comply with all duties owed to the Receiver under the Receivership Order. Any prior turnover, freeze, or hold previously directed by Eva Engelhart as Receiver shall remain in full force and effect and shall now run to David A. Fettner as the substituted Receiver.

6. Except as modified by this Order, all other terms, provisions, powers, authority, duties, and conditions of the Receivership Order, including without limitation the receiver-compensation provisions, the charging-order provisions, and the obligations of Respondents and third parties thereunder, shall remain in full force and effect.

SIGNED this _____ day of June, 2026.

Signed:
6/3/2026

______________________________
**JUDGE PRESIDING**



Certified Document Number: 127028269 - Page 2 of 3

APPROVED AS TO FORM AND SUBSTANCE:

MOSAIC PARADIGM LAW GROUP PC

*/s/Henna Ghafoor*__________________

Henna Ghafoor
State Bar No.: 24079867
10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172
Email: hghafoor@mp-lg.com

ATTORNEY FOR PLAINTIFF/JUDGMENT CREDITOR DRAGON STONE ENERGY, LTD.

Certified Document Number: 127028269 - Page 3 of 3

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 5, 2026

Certified Document Number: 127028269 Total Pages: 3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**